## 59189. WATTS v. WRIGHT.

SMITH, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED JANUARY 16, 1980 — DECIDED APRIL 21, 1980.

*Robert E. Bach,* for appellant.
*Peter M. Blackford,* for appellee.